IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-02454-BNB
(**The above civil action number must appear on all future papers sent to the court in this action. Failure to include this number may result in a delay in the consideration of your claims.**)

CHET HARVEY ADKINS,

    Plaintiff,

v.

JOE SCHMIDT, Individually and as the Commissioner of the Alaska Department of
    Corrections,
CHRISTOPHER PAGEL, Individually and as an Employee of the Hudson Correctional
    Facility and the GEO Group, and
JOE E. DRIVER, Individually and as an Employee of the Hudson Correctional Facility
    and the GEO GROUP,

    Defendants.

## ORDER DIRECTING PLAINTIFF TO CURE DEFICIENCY

Plaintiff, Chet Harvey Adkins, is a prisoner in the custody of the Alaska Department of Corrections who currently is incarcerated at the Palmer Correctional Center in Palmer, Alaska. Plaintiff initiated this action by filing *pro se* a Complaint pursuant to 28 U.S.C. § 1343(a)(3) and paying the $400 filing fee in the United States District Court for the District of Alaska. In an order entered on September 3, 2014, the District of Alaska transferred the action to this Court pursuant to 28 U.S.C. § 1631.

As part of the Court's review pursuant to D.C.COLO.LCivR 8.1(b), the Court has determined that the submitted documents are deficient as described in this Order. Plaintiff will be directed to cure the following if he wishes to pursue his claims in this Court in this action. Any papers that Plaintiff files in response to this Order must include the civil action number noted above in the caption of this Order.

**28 U.S.C. § 1915 Motion and Affidavit**:
(1)   ___   is not submitted (Must use Court-approved form revised 10-1-12.)
(2)   ___   is missing affidavit
(3)   ___   is missing certified copy of prisoner's trust fund statement for the 6-month period immediately preceding this filing
(4)   ___   is missing certificate showing current balance in prison account
(5)   ___   is missing authorization to calculate and disburse filing fee payments
(6)   ___   is missing an original signature by the prisoner
(7)   ___   other: In the alternative Plaintiff may pay the $400 filing fee.

**Complaint, Petition or Application**:
(8)   ___   is not submitted
(9)    X   is not on proper form (must use the Court's current form)
(10)   ___   is missing an original signature by the prisoner
(11)   ___   is missing page nos. ___
(12)   ___   uses et al. instead of listing all parties in caption
(13)   ___   names in caption do not match names in text
(14)   ___   other:

      Accordingly, it is

      ORDERED that Plaintiff cure the deficiency designated above **within thirty days** from the date of this Order.  Any papers that Plaintiff files in response to this Order must include the civil action number on this Order.  It is

      FURTHER ORDERED that the Plaintiff shall obtain the Court-approved Prisoner Complaint form (with the assistance of his case manager or the facility's legal assistant), along with the applicable instructions, at www.cod.uscourts.gov.  It is

      FURTHER ORDERED that if Plaintiff fails to cure the designated deficiency **within thirty days from the date of this Order** the Complaint and the action may be dismissed without further notice.

      DATED:  September 4, 2014, at Denver, Colorado.

                              BY THE COURT:

                              s/Boyd N. Boland
                              United States Magistrate Judge